PROB 12C
(6/16)

Report Date: March 25, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Armando Fierro-Sixtos | Case Number: 0980 2:20CR00058-RMP-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 21, 2020

Original Offense:    Alien in the United States After Deportation, 8 U.S.C. § 1326

| | | |
|---|---|---|
| Original Sentence: | Prison - 57 days<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: December 11, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 10, 2021 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Fierro-Sixtos violated his conditions of supervised release by being charged with first degree reckless burning, on or about December 28, 2020, case number 21-1-00022-31 (Snohomish County Superior Court).  On or about January 11, 2021, Mr. Fierro-Sixtos was also charged with second degree arson and malicious mischief, case number 21-1-01398-1 (King County Superior Court).<br><br>On July 21, 2020, Mr. Fierro-Sixtos was sentenced in the Eastern District of Washington after pleading guilty to being an alien in the United States after deportation. He was sentenced to time served, followed by 1-year of supervised release.  He immediately went into the custody of Immigration and Customs Enforcement (ICE).<br><br>The U.S. Probation Office just became aware that Mr. Fierro-Sixtos released from ICE custody and into the community on December 11, 2020, due to the COVID-19 pandemic. The U.S. Probation Office was also  informed that Mr. Fierro-Sixtos is currently in custody in the King County Jail on new alleged criminal law violations for second degree arson and malicious mischief, case number 21-1-01398-1 (King County Superior Court).  A criminal records check also indicates Mr. Fierro-Sixtos was charged with first degree reckless burning, case number 21-1-00022-31 (Snohomish County Superior Court).  Police reports have been |

Prob12C
Re: Fierro-Sixtos, Armando
March 25, 2021
Page 2

|   |   |   |
|---|---|---|
|   |   | requested, and the undersigned will update the Court as needed. |
|   | 2 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |

**Supporting Evidence**: It is alleged that Mr. Fierro-Sixtos violated his conditions of supervised release by failing to report or contact the U.S. Probation Office within 72 hours of release.

On July 21, 2020, Mr. Fierro-Sixtos was sentenced in the Eastern District of Washington after pleading guilty to being an alien in the United States after deportation. He was sentenced to time served, followed by 1-year of supervised release.

Mr. Fierro-Sixtos went into the custody of ICE. He was subsequently released from ICE custody on or about December 11, 2020, due to COVID-19. Mr. Fierro-Sixtos was released to the community and he failed to contact or report to the U.S. Probation Office within 72 hours of his release.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/25/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/25/2021
Date