PROB 12C
(6/16)

Report Date: December 28, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Armando Fierro-Sixtos | Case Number: 0980 2:20CR00058-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: July 21, 2020 | |
| Original Offense: Alien in the United States Afer Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: Prison - 57 days<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (09/07/2022) Prison - 6 months<br>TSR - 6 months | |
| Asst. U.S. Attorney: Michael James Austen Ellis | Date Supervision Commenced: September 30, 2022 |
| Defense Attorney: Kathryn Lucido | Date Supervision Expires: March 29, 2023 |

### PETITIONING THE COURT

To issue a warrant.

On October 7, 2022, Mr. Fierro-Sixtos conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 6 by failing to abide by the rules of the residential reentry center (RRC) on or about December 27, 2022. On that same date, his public law placement was terminated. |
| | On December 27, 2022, Mr. Fierro-Sixtos was authorized to leave the RRC from 12 p.m. to 4 p.m. to go to Concentra Urgent Care to obtain a required physical exam. He never reported |

Prob12C
Re: Fierro-Sixtos, Armando
December 28, 2022
Page 2

to Concentra Urgent Care and he did not arrive back at the RRC facility until approximately 5:42 p.m. As such, he was unaccounted for in the community for approximately 6 hours.

Furthermore, when he arrived at the RRC, he was heavily intoxicated, and he submitted to a Breathalyzer, which registered .226 blood alcohol content (BAC) Subsequently, his RRC public law placement was terminated effective December 27, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 28, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

12/28/2022
Date